

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN WALKER,

                Petitioner,

-v-

WARDEN J.M. KILLIAN, as Warden of FCI Otisville, Satellite Camp, and HARLEY LAPPIN, as Director of the Federal Bureau of Prisons,

                Respondent.

Case No. 07-CV-8837 (KMK)

ORDER ADOPTING REPORT AND RECOMMENDATION

KENNETH M. KARAS, District Judge:

      On January 26, 2010, Magistrate Judge Davison entered a Report & Recommendation ("R&R") recommending that this Court dismiss Petitioner's habeas corpus Petition with prejudice. (R&R (Dkt. No. 14) 3.) In the R&R, Magistrate Judge Davison provides notice that objections to his conclusions were due within seventeen days, and that failure to object would constitute a waiver of Petitioner's right to appeal. (*Id.*) No objections have been filed.

      When no objections are filed, the Court reviews an R&R on a dispositive motion for clear error. *See Eisenberg v. New England Motor Freight, Inc.*, 564 F. Supp. 2d 224, 226 (S.D.N.Y. 2008). The Court has reviewed the R&R and finds no error, clear or otherwise. The Court therefore adopts the R&R in its entirety, and it is hereby

      ORDERED that the Petition is DISMISSED with prejudice. The Clerk of the Court is respectfully requested to close this case.

DATED:     White Plains, New York
               January 6, 2012

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE